Hearing Date: June 10, 2010 at 11:30 a.m.
Objection Deadline: June 3, 2010 at 4:00 p.m.
Hearing Location: Syracuse, New York

Robert M. Hirsh, Esq.
David J. Kozlowski, Esq.
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Counsel for the Official Committee of
Unsecured Creditors for Mohawk Valley
Nursing Home, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MOHAWK VALLEY NURSING HOME, INC.,<br><br>                    Debtor. | Chapter 11<br><br>Case No 09-30389 (MCR) |
| The Official Committee of Unsecured Creditors<br>of Mohawk Valley Nursing Home, Inc.,<br><br>                    Plaintiff,<br><br>         vs.<br><br>Main-Care Energy,<br><br>                    Defendant. | Adv. Pro. No. 10-50018 (MCR) |

### NOTICE OF HEARING ON MOTION OF
### THE OFFICIAL COMMITTEE OF UNSECURED
### CREDITORS FOR APPROVAL OF STIPULATION PURSUANT
### TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a)

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors

("Committee") by and through counsel, Arent Fox LLP, will move before the Honorable

Margaret Cangilos-Ruiz, United States Bankruptcy Judge for the Northern District of New York,

United States Courthouse, 100 South Clinton Street, Syracuse, New York on **June 10, 2010 at**

NYC/485406.1

**11:30 a.m.** prevailing Eastern Time, or as soon thereafter as counsel can be heard, for an Order Approving Stipulation Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure ("Motion").

   **PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE COUNSEL FOR THE COMMITTEE AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE OBJECTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE OBJECTION AS UNOPPOSED.**

| | |
|---|---|
| Dated: New York, New York<br>   May 12, 2010 | Attorneys for the Official Committee of Unsecured Creditors |
| | By:   */s/ Robert M. Hirsh*<br>   Robert M. Hirsh<br>   Heike M. Vogel<br>   ARENT FOX LLP<br>   1675 Broadway<br>   New York, New York 10019<br>   (212) 484-3900 |