Robert M. Hirsh, Esq.
David J. Kozlowski, Esq.
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Counsel for the Official Committee of
Unsecured Creditors for Mohawk Valley
Nursing Home, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MOHAWK VALLEY NURSING HOME, INC.,<br><br>                                              Debtor. | Chapter 11<br><br>Case No 09-30389 (MCR) |
| The Official Committee of Unsecured Creditors<br>of Mohawk Valley Nursing Home, Inc.,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Main-Care Energy,<br><br>                    Defendant. | Adv. Pro. No. 10-50018 (MCR) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

        NOVA A. CONSTANTINO, being sworn, deposes and says:

   1.    Deponent is not a party to this action, is over eighteen years of age, and is an employee of Arent Fox LLP, 1675 Broadway, New York, New York 10019.

NYC/485483.1

2. On May 13, 2010, I served copies of the *Motion for Approval of Stipulation Pursuant to Federal Rule of Bankruptcy Procedure 9019(a)* [Docket No. 8] and *Notice of Default Motion* [Docket No. 9] upon the parties on the attached service list by depositing true copies thereof, enclosed in a first class postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the City and State of New York.

        */s/ Nova A. Constantino*
        Nova A. Constantino

Sworn to before me this
13th day of May, 2010.

   */s/ Susan E. Mackey*
Notary Public, State of New York
Authorized in New York State
Commission Expires 8/7/2010
Registration #01MA6150724

**SERVICE LIST**

Main Care Energy, Inc.
P.O. Box 11029
Albany, NY  12211

Matthew Mataroso
Chairman/CEO
Main Care Energy, Inc.
1 Booth Lane
Albany, NY  12205

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202-1355

Guy A. VanBaalen, Esq.
Office of the U.S. Trustee
10 Broad Street
Room 105
Utica, NY 13501

NYC/485483.1