**SO ORDERED.**

**SIGNED this 28 day of June, 2010.**



_____
**MARGARET CANGILOS-RUIZ**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MOHAWK VALLEY NURSING HOME, INC.,<br><br>　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No 09-30389 (MCR) |
| The Official Committee of Unsecured Creditors<br>of Mohawk Valley Nursing Home, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Main-Care Energy,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 10-50018 (MCR) |

**ORDER APPROVING STIPULATION PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(A)**

Upon the Motion (the "Motion") of the Official Committee of Unsecured Creditors (the "Committee"), by and through counsel, Arent Fox LLP, for an order approving stipulation pursuant to Federal Rule of Bankruptcy Procedure 9019(a) between the Committee and Main-

NYC/490670.1

Care Energy (the "Defendant"), and due notice of the Motion having been given, and after due deliberation and good cause having been shown, it is

ORDERED, the Motion is hereby granted in all respects; and it is further

ORDERED, that pursuant to Federal Rule of Bankruptcy Procedure 9019, the Stipulation attached to the Motion as <u>Exhibit A</u> is approved; and it is further

ORDERED, that the settlement will be binding upon the Committee and the Defendant.

# # #

NYC/490670.1