UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

MOHAWK VALLEY NURSING HOME, INC.,

                                      Debtor.
-----------------------------------------------------------------x

The Official Committee of Unsecured Creditors of
Mohawk Valley Nursing Home, Inc.,

                                      Plaintiff,

      v.

Main-Care Energy,

                                      Defendant.
-----------------------------------------------------------------x

Chapter 11

Case No. 09-30389 (MCR)

Adv. Pro. No. 10-50018 (MCR)

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the undersigned attorneys that the Plaintiff and the Defendant have settled the above-captioned adversary proceeding and jointly request that the Clerk of the Court dismiss the proceeding with prejudice and without costs pursuant to Fed R. Civ. P. 41(a)(1)(ii).

Dated: New York, New York
       July 8, 2010

**ARENT FOX LLP**

Counsel for the Official Committee of Unsecured Creditors for Mohawk Valley Nursing Home, Inc.

By:*/s/ David J. Kozlowski*
   Robert M. Hirsh, Esq.
   David J. Kozlowski, Esq.
   1675 Broadway
   New York, New York  10019
   (212) 484-3900

NYC/487849.2

Dated: Clifton Park, New York　　　　**OVERTON RUSSELL DOERR & DONOVAN**
　　　　July 8, 2010

　　　　　　　　　　　　　　　　　　　Counsel for Defendant Main-Care Energy

　　　　　　　　　　　　　　　　　　　By:*/s/ Melissa M. Tobrocke*
　　　　　　　　　　　　　　　　　　　　　Melissa M. Tobrocke, Esq.
　　　　　　　　　　　　　　　　　　　　　19 Halfmoon Executive Park Dr.
　　　　　　　　　　　　　　　　　　　　　Clifton Park, NY 12065
　　　　　　　　　　　　　　　　　　　　　(518) 383-4000