**SO ORDERED.**

**SIGNED this 12 day of July, 2010.**



_____
**MARGARET CANGILOS-RUIZ
UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

MOHAWK VALLEY NURSING HOME, INC.,

                                Debtor.
-----------------------------------------------------------------x

The Official Committee of Unsecured Creditors of
Mohawk Valley Nursing Home, Inc.,

                                Plaintiff,

     v.

Main-Care Energy,

                                Defendant.
-----------------------------------------------------------------x

Chapter 11

Case No. 09-30389 (MCR)

Adv. Pro. No. 10-50018 (MCR)

## **ORDER DISMISSING ADVERSARY PROCEEDING**

Upon the Stipulation of Dismissal (the "Stipulation") among David J. Kozlowski, Esq., Attorney for the Plaintiff, and Melissa M. Tobrocke, Esq., Attorney for the Defendant in this adversary proceeding, it is hereby

ORDERED, the Stipulation is approved by the Court; and it is further

ORDERED, that this adversary proceeding is dismissed with prejudice; and it is further

ORDERED, that the Clerk of the Court mark the records of the Court accordingly.

# # #

NYC/493622.1