Hearing Date: June 23, 2011 at 11:30 a.m.
Objection Deadline: June 16, 2011 at 4:00 p.m.
Hearing Location: Syracuse, New York

Robert M. Hirsh, Esq.
David J. Kozlowski, Esq.
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Counsel for the Official Committee of
Unsecured Creditors for Mohawk Valley
Nursing Home, Inc.


UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MOHAWK VALLEY NURSING HOME, INC.,<br><br><br>Debtor. | Chapter 11<br><br>Case No 09-30389 (MCR) |
| The Official Committee of Unsecured Creditors<br>of Mohawk Valley Nursing Home, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Main-Care Energy,<br><br>Defendant. | Adv. Pro. No. 10-50018 (MCR) |

**NOTICE OF HEARING ON MOTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
APPROVAL OF A CORRECTIVE STIPULATION PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a)**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors

("Committee") by and through counsel, Arent Fox LLP, will move before the Honorable

Margaret Cangilos-Ruiz, United States Bankruptcy Judge for the Northern District of New York,

United States Courthouse, 100 South Clinton Street, Syracuse, New York on **June 23, 2011 at**

**11:30 a.m.** prevailing Eastern Time, or as soon thereafter as counsel can be heard, for an Order

Approving a Corrective Stipulation Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy

Procedure ("Motion").

**PURSUANT TO FED. R. BANKR. P. 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE COUNSEL FOR THE COMMITTEE AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN 4:00 P.M. EASTERN STANDARD TIME SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE OBJECTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.**

Dated: New York, New York          Attorneys for the Official Committee of
       May 11, 2011                Unsecured Creditors

By:       *    /s/ Robert M. Hirsh*
            Robert M. Hirsh, Esq.
            David J. Kozlowski, Esq.
            ARENT FOX LLP
            1675 Broadway
            New York, New York 10019
            (212) 484-3900